■ LINDA PERRYMAN et al., Respondents-Appellants, v LINDA SAVAGE et al., Appellants-Respondents.—Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Henry, Jr., J. (Appeals from Order of Supreme Court, Ontario County, Henry, Jr., J.—Set Aside Jury Verdict.) Present—Dillon, P. J., Boomer, Green, Lowery and Davis, JJ.